IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIANTCEUTICAL, INC. dba BIOCALTH INTERNATIONAL, INC., et al.,<br><br>  Plaintiffis,<br><br>  v.<br><br>BONEPHARM, INC., et al.,<br><br>  Defendants.<br>_____/ | No. C-04-4495 MMC<br><br>**ORDER GRANTING DEFENDANT CHUNHUA LI'S MOTION FOR ORDER SETTING ASIDE ENTRY OF DEFAULT**<br><br>(Docket No. 31) |

Before the Court is the motion filed April 28, 2005 by defendant Chunhua Li to set aside the Clerk's entry of default against him. On May 9, 2005, plaintiffs filed a statement of nonopposition to the motion.

Accordingly, the motion to set aside the Clerk's entry of default against defendant Chunhua Li is hereby GRANTED.

This order terminates Docket No. 31.

**IT IS SO ORDERED.**

Dated: May 10, 2005

/s/ Maxine M. Chesney
MAXINE M. CHESNEY
United States District Judge