```
1  JASON J. LEE, ESQ.
   LAW OFFICES OF JASON J. LEE & ASSOCIATES
2  A Law Corporation
   301 N. Lake Ave. 7th Floor
3  Pasadena, California  91101
   State Bar No. 222346
4  Telephone: (626) 396-9397
   Facsimile: (626) 795-8900
5  Email: leelawla@sbcglobal.net
              Lee282@charter.net
6  Attorney for KAI YU and
   BONEPHARM, INC.
7  Defendants
```

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| GIANTCEUTICAL, INC. dba BIOCALTH INTERNATIONAL, INC., a California Corporation; and BEIJING JUNENG ASIA PACIFIC LIFE SCIENTIFIC RESEARCH CENTER, a Chinese business entity,<br><br>            Plaintiffs,<br><br>     vs.<br><br>BONEPHARM, INC., a California corporation; KAI YU, an individual; QINGQI CHEN, an individual; JUSHENG LU, an individual; CHUNHUA LI, an individual; GRUICHAD FU, an individual; AMY JIE BING LU, an individual; JIN YUAN MAI, an individual; and DOES 1 through 20, inclusive,<br><br>            Defendants. | **CASE NO.: C 04-04495 MMC**<br><br>**JOINT STIPULATION VACATING DEFAULT THIS COURT ENTERED AGAINST DEFENDANT KAI YU AND DEFENDANT BONEPHARM.**<br><br>~~**[PROPOSED]**~~ **ORDER**<br><br>Before Hon. Maxine M. Chesney |

WHEREAS on May 10, 2005, the Clerk of the United States District Court for the Northern District of California entered default of defendant BonePharm, Inc., a California corporation;

Joint Stipulation and Order Vacating Default                                                                1

WHEREAS on May 24, 2005, the Clerk of the United States District Court for the Northern District of California entered default of defendant Kai Yu;

WHEREAS defendants Kai Yu and BonePharm, Inc. have since retained the Law Offices of Jason J. Lee & Associates of Pasadena, California, to represent them in the instant lawsuit. Specifically, the afore-mentioned two defendants, through their attorney Jason J. Lee, Esq., expressed to Plaintiffs their desire that parties stipulate to a set aside of the defaults the Clerk of this Court has entered against both defendants so that both defendants can answer Plaintiffs' claims contained in the complaint;

WHEREAS Plaintiffs have duly deliberated the issue and agreed to stipulate to a set-aside of the default the Court has entered against both BonePharm, Inc. and Kai Yu.

IT IS HEREBY STIPULATED between Plaintiffs Giantceutical, Inc., dba BioCalth International, Inc., Beijing Juneng Asia Pacific Life Scientific Research Center, and Defendants Kai Yu and Bonepharm, Inc. that the default the Clerk of this Court entered against Kai Yu and Bonepharm, Inc. is to be vacated.

IT IS AGREED TO AND STIPULATED BY:

DATED: July 28, 2005                MACPHERSON KWOK CHEN & HEID LLP


By: ___/s/_____
    Clark S. Stone
    Attorneys for Plaintiffs
    Giantceutical, Inc., dba BioCalth International, Inc.,
    Beijing Juneng Asia Pacific Life Scientific
    Research Center

Joint Stipulation and Order Vacating Default         2

1  DATED: July 28, 2005                    LAW OFFICES OF JASON J LEE & ASSOCIATES

3                                          By: ____/s/_____
4                                              Jason J. Lee, Esq., Attorney for
                                               Defendants Bonepharm, Inc. & Kai Yu

6                                          ATTESTATION OF SIGNATURE

7                                               (General Order 45)

9      Pursuant to N.D. Cal. General Order 45, I hereby attest that concurrence in the filing of
10 the document has been obtained from each of the other signatories and I have on file all
11 holographic signatures for any signatures indicated by a "conformed" signature (/s/) within this
12 efiled document:

13 Dated: July 28, 2005                    LAW OFFICES OF JASON J LEE & ASSOCIATES

15                                         By: ___/s/_____
16                                             Jason J. Lee, Esq.

19                                         [~~PROPOSED~~ ORDER]

21     PURSUANT TO THE ABOVE STIPULATION AND GOOD CAUSE APPEARING, IT
22 IS SO ORDERED.

24 DATED: __August 5, 2005__                By: _/s/ Maxine M. Chesney_____
                                               Hon. Maxine M. Chesney
25                                             JUDGE OF THE DISTRICT COURT