| | |
|---|---|
| 1 | EDWARD C. KWOK (SBN 144302) |
| | CLARK S. STONE (SBN 202123) |
| 2 | MacPHERSON KWOK CHEN & HEID LLP |
| | 1762 Technology Drive, Suite 226 |
| 3 | San Jose, California 95110 |
| | Phone:  (408) 392-9250 |
| 4 | Facsimile:  (408) 392-9262 |
| | Email: ekwok@macpherson-kwok.com |
| 5 | cstone@macpherson-kwok.com |
| 6 | Attorneys for Plaintiffs |
| | GIANTCEUTICAL, INC. *dba* BIOCALTH INTERNATIONAL, INC. and |
| 7 | BEIJING JUNENG ASIA PACIFIC LIFE SCIENTIFIC RESEARCH CENTER |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GIANTCEUTICAL, INC. *dba* BIOCALTH INTERNATIONAL, INC., a California Corporation; and BEIJING JUNENG ASIA PACIFIC LIFE SCIENTIFIC RESEARCH CENTER, a Chinese business entity;<br><br>         Plaintiffs,<br><br>v.<br><br>BONEPHARM, INC., a California corporation; KAI YU, an individual; QINGQI CHEN, an individual; JUSHENG LU, an individual; CHUNHUA LI, an individual; GRUICHAD FU, an individual; AMY JIE BING LU, an individual; JIN YUAN MAI, an individual; and DOES 1 through 20, Inclusive,<br><br>         Defendants. | Case No. C 04-04495 MMC<br><br>**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANTS JUSHENG LU AND GRUICHAD FU PURSUANT TO FED. R. CIV. P. 41(a)**; ORDER THEREON |

NOTICE IS HEREBY GIVEN that pursuant to Fed. R. Civ. P. 41(a), plaintiffs Giantceutical, Inc. *dba* BioCalth International, Inc. and Beijing Juneng Asia Pacific Life Scientific Research Center hereby voluntarily dismiss defendants JUSHENG LU and GRUICHAD FU from the above-captioned action without prejudice.

Defendants JUSHENG LU and GRUICHAD FU have not been served with the summons

1  and complaint in this action and have not served an answer or other responsive pleading.

2      Respectfully submitted,

3  DATED: August 25, 2005        MacPHERSON KWOK CHEN & HEID LLP

By         /s/        
Clark S. Stone
Attorneys for Plaintiffs
GIANTCEUTICAL, INC.
*dba* BIOCALTH INTERNATIONAL, INC. and
BEIJING JUNENG ASIA PACIFIC LIFE
SCIENTIFIC RESEARCH CENTER

Dated: August 25, 2005

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Maxine M. Chesney]*

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANTS JUSHENG LU AND GRUICHAD FU PURSUANT TO FED. R. CIV. P. 41(a) --Case No. C 04 -04495 MMC**   2