1   EDWARD C. KWOK (SBN 144302)
    CLARK S. STONE (SBN 202123)
2   MacPHERSON KWOK CHEN & HEID LLP
    1762 Technology Drive, Suite 226
3   San Jose, California 95110
    Phone:  (408) 392-9250
4   Facsimile:  (408) 392-9262
    Email:  ekwok@macpherson-kwok.com
5         cstone@macpherson-kwok.com

6   Attorneys for Plaintiffs
    GIANTCEUTICAL, INC. *dba* BIOCALTH INTERNATIONAL, INC. and
7   BEIJING JUNENG ASIA PACIFIC LIFE  SCIENTIFIC RESEARCH CENTER

8   JASON J. LEE (SBN 222346)
    LAW OFFICES OF JASON J. LEE & ASSOCIATES
9   301 N. Lake Ave. 7th Floor
    Pasadena, CA 91101
10  Phone:  (626)-396-9397
    Facsimile: (626) 795-8900
11  Email: leelawla@sbcglobal.net

12  Attorneys for Defendants
    BONEPHARM, INC., KAI YU, and CHUNHUA LI
13
                    UNITED STATES DISTRICT COURT
14
            FOR THE NORTHERN DISTRICT OF CALIFORNIA
15
                    SAN FRANCISCO DIVISION
16

| | |
|---|---|
| 17  GIANTCEUTICAL, INC.<br>*dba* BIOCALTH INTERNATIONAL, INC.,<br>a California Corporation; and<br>18  BEIJING JUNENG ASIA PACIFIC LIFE<br>SCIENTIFIC RESEARCH CENTER,<br>19  a Chinese business entity;<br><br>20        Plaintiffs,<br><br>21  v.<br><br>22<br><br>23  BONEPHARM, INC., a California corporation;<br>KAI YU, an individual;<br>QINGQI CHEN, an individual;<br>24  JUSHENG LU, an individual;<br>CHUNHUA LI, an individual;<br>25  GRUICHAD FU, an individual;<br>AMY JIE BING LU, an individual;<br>26  JIN YUAN MAI, an individual; and<br>DOES 1 through 20, Inclusive,<br>27<br>        Defendants. | Case No. C 04-04495 MMC<br><br>**STIPULATED REQUEST TO VACATE<br>PRETRIAL DATES AND SET STATUS<br>CONFERENCE RE: SETTLEMENT<br>STATUS**<br><br>~~[PROPOSED]~~ **ORDER** |

28

1    The parties in this case have reached an agreement in principle that should result in a full

2  settlement of this case as to all defendants, and are currently working to finalize the terms of

3  settlement.  Accordingly, Plaintiffs GIANTCEUTICAL, INC. dba BIOCALTH

4  INTERNATIONAL, INC., and BEIJING JUNENG ASIA PACIFIC LIFE SCIENTIFIC

5  RESEARCH CENTER and defendants BONEPHARM, INC., KAI YU, and CHUNHUA LI

6  respectfully jointly request the Court vacate the current pretrial and trial dates set in this matter

7  and set a status conference on a date and time convenient for the Court approximately sixty (60)

8  days from the date of this stipulation, to allow time for the parties to finalize their settlement

9  agreement.

10    The parties agree to advise the Court is the status of the parties' settlement efforts changes

11  prior to the date set by the Court for the status conference.

12    A proposed order accompanies this stipulated request.

13  DATED: January 25, 2006                    MACPHERSON KWOK CHEN & HEID LLP

14

15                                             By _____/s/_____
                                                  Clark S. Stone
16                                                Attorneys for Plaintiffs
                                                  GIANTCEUTICAL, INC.
17                                                dba BIOCALTH INTERNATIONAL, INC. and
                                                  BEIJING JUNENG ASIA PACIFIC LIFE
18                                                SCIENTIFIC RESEARCH CENTER

19

20  DATED: January 25, 2006                    LAW OFFICES OF JASON J. LEE & ASSOCIATES

21

22                                             By _____/s/_____
                                                  Jason J. Lee
23                                                Attorneys for Defendants
                                                  BONEPHARM, INC., KAI YU, and
24                                                CHUNHUA LI

25

26

27

28

1
**ORDER**

2
    PURSUANT TO STIPULATION, IT IS SO ORDERED

3
    The pretrial and trial dates in this matter are hereby VACATED.  The parties shall appear

4
before the Court for a Joint Status Conference concerning settlement on

5
March 31, 2006 _____ at ___ 10:30 a.m. _____.

6
    The parties are further order to file an updated Case Management Conference Statement

7
with the Court on or before ____ March 24, 2006 _____.

8

9
DATED: _____ January 26 _____, 2006

10
HON. MAXINE M. CHESNEY
United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28