EDWARD C. KWOK (SBN 144302)
CLARK S. STONE (SBN 202123)
MacPHERSON KWOK CHEN & HEID LLP
1762 Technology Drive, Suite 226
San Jose, California 95110
Phone: (408) 392-9250
Facsimile: (408) 392-9262
Email: ekwok@macpherson-kwok.com
      cstone@macpherson-kwok.com

Attorneys for Plaintiffs
GIANTCEUTICAL, INC. dba BIOCALTH INTERNATIONAL, INC. and
BEIJING JUNENG ASIA PACIFIC LIFE SCIENTIFIC RESEARCH CENTER

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GIANTCEUTICAL, INC. dba BIOCALTH INTERNATIONAL, INC., a California Corporation; and BEIJING JUNENG ASIA PACIFIC LIFE SCIENTIFIC RESEARCH CENTER, a Chinese business entity;<br><br>Plaintiffs,<br><br>v.<br><br>BONEPHARM, INC., a California corporation; KAI YU, an individual; QINGQI CHEN, an individual; JUSHENG LU, an individual; CHUNHUA LI, an individual; GRUICHAD FU, an individual; AMY JIE BING LU, an individual; JIN YUAN MAI, an individual; and DOES 1 through 20, Inclusive,<br><br>Defendants. | Case No. C 04-04495 MMC<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANTS:**<br><br>**QINGQI CHEN, AMY JIE BING LU, and JIN YUAN MAI**<br><br>**PURSUANT TO FED. R. CIV. P. 41(a)**<br><br>[PROPOSED] ORDER |

    NOTICE IS HEREBY GIVEN that pursuant to Fed. R. Civ. P. 41(a), Plaintiffs GIANTCEUTICAL, INC. dba BIOCALTH INTERNATIONAL, INC., and BEIJING JUNENG ASIA PACIFIC LIFE SCIENTIFIC RESEARCH CENTER hereby voluntarily dismiss Defendants QINGQI CHEN, AMY JIE BING LU, and JIN YUAN MAI from the above-captioned

1  action without prejudice.

2  Defendants QINGQI CHEN, AMY JIE BING LU, and JIN YUAN MAI have not served a
3  responsive pleading or otherwise appeared in this action.

4  DATED: March 27, 2006                    MACPHERSON KWOK CHEN & HEID LLP

5

6  By _____/s/_____
   Clark S. Stone
7  Attorneys for Plaintiffs
   GIANTCEUTICAL, INC.
8  dba BIOCALTH INTERNATIONAL, INC. and
   BEIJING JUNENG ASIA PACIFIC LIFE
9  SCIENTIFIC RESEARCH CENTER

10                    [PROPOSED] ORDER

11  IT IS SO ORDERED

12

13  DATED: March 27, 2006                    By _____/s/ Maxine M. Chesney_____
                                              Hon. Maxine M. Chesney
14                                            JUDGE OF THE DISTRICT COURT