1  EDWARD C. KWOK (SBN 144302)
   CLARK S. STONE (SBN 202123)
2  MacPHERSON KWOK CHEN & HEID LLP
   1762 Technology Drive, Suite 226
3  San Jose, California 95110
   Phone: (408) 392-9250
4  Facsimile: (408) 392-9262
   Email: ekwok@macpherson-kwok.com
5         cstone@macpherson-kwok.com

6  Attorneys for Plaintiffs
   GIANTCEUTICAL, INC. *dba* BIOCALTH INTERNATIONAL, INC. and
7  BEIJING JUNENG ASIA PACIFIC LIFE SCIENTIFIC RESEARCH CENTER

8

   JASON J. LEE (SBN 222346)
9  LAW OFFICES OF JASON J. LEE & ASSOCIATES
   301 N. Lake Ave. 7th Floor
10 Pasadena, CA 91101
   Phone: (626)-396-9397
11 Facsimile: (626) 795-8900
   Email: leelawla@sbcglobal.net
12
   Attorneys for Defendants
13 BONEPHARM, INC., KAI YU, and CHUNHUA LI

14
                    UNITED STATES DISTRICT COURT
15
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
16
                       SAN FRANCISCO DIVISION
17

| | |
|---|---|
| 18 GIANTCEUTICAL, INC. *dba* BIOCALTH INTERNATIONAL, INC., a California Corporation; and 19 BEIJING JUNENG ASIA PACIFIC LIFE SCIENTIFIC RESEARCH CENTER, 20 a Chinese business entity; 21         Plaintiffs, 22 v. 23 BONEPHARM, INC., a California corporation; 24 KAI YU, an individual; QINGQI CHEN, an individual; 25 JUSHENG LU, an individual; CHUNHUA LI, an individual; 26 GRUICHAD FU, an individual; AMY JIE BING LU, an individual; 27 JIN YUAN MAI, an individual; and DOES 1 through 20, Inclusive, 28         Defendants. | Case No. C 04-04495 MMC<br><br>**JOINT STIPULATION AND REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>[~~PROPOSED~~] ORDER<br><br>CMC Date: March 31, 2006<br>Time: 10:30 a.m.<br>before: Hon. Maxine M. Chesney |

**JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE-- Case No. C 04 -04495 MMC**   1

1 | The parties in this case have reached an agreement fully resolving this dispute and are in the process of finalizing a Stipulated Consent Judgment for submission to the Court as to Defendants Bonepharm, Inc. and Kai Yu, and dismissing the remaining Defendants from this case. The parties expect to complete and submit all documents terminating this case within the next thirty (30) days.  Accordingly, Plaintiffs GIANTCEUTICAL, INC. dba BIOCALTH INTERNATIONAL, INC., and BEIJING JUNENG ASIA PACIFIC LIFE SCIENTIFIC RESEARCH CENTER and Defendants BONEPHARM, INC., KAI YU, and CHUNHUA LI respectfully jointly request the Court vacate the current Case Management Conference in this case, set for March 31, 2006 at 10:30 a.m., and set a further status conference concerning settlement of this case on April 28, 2006, at 10:30 a.m., or at date and time convenient to the Court approximately thirty (30) days in the future.

Respectfully submitted,

DATED: March 28, 2006          MACPHERSON KWOK CHEN & HEID LLP

By _____/s/_____
Clark S. Stone
Attorneys for Plaintiffs
GIANTCEUTICAL, INC.
*dba* BIOCALTH INTERNATIONAL, INC. and
BEIJING JUNENG ASIA PACIFIC LIFE
SCIENTIFIC RESEARCH CENTER

DATED: March 28, 06            LAW OFFICES OF JASON J. LEE & ASSOCIATES

By _____/s/_____
Jason J. Lee
Attorneys for Defendant
CHUNHUA LI

### [PROPOSED] ORDER

PURSUANT TO STIPULATION AND GOOD CAUSE APPEARING, IT IS SO ORDERED

DATED:  __March 28, 2006__         By  _/s/ Maxine M. Chesney_____
Hon. Maxine M. Chesney
JUDGE OF THE DISTRICT COURT

**JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE-- Case No. C 04 -04495 MMC**          2