| | |
|---|---|
| 1 | EDWARD C. KWOK (SBN 144302) |
|   | CLARK S. STONE (SBN 202123) |
| 2 | MacPHERSON KWOK CHEN & HEID LLP |
|   | 1762 Technology Drive, Suite 226 |
| 3 | San Jose, California 95110 |
|   | Phone: (408) 392-9250 |
| 4 | Facsimile: (408) 392-9262 |
|   | Email: ekwok@macpherson-kwok.com |
| 5 | cstone@macpherson-kwok.com |
| 6 | Attorneys for Plaintiffs |
|   | GIANTCEUTICAL, INC. *dba* BIOCALTH INTERNATIONAL, INC. and |
| 7 | BEIJING JUNENG ASIA PACIFIC LIFE SCIENTIFIC RESEARCH CENTER |
| 8 | |
| 9 | JASON J. LEE (SBN 222346) |
|   | LAW OFFICES OF JASON J. LEE & ASSOCIATES |
| 10 | 301 N. Lake Ave. 7th Floor |
|   | Pasadena, CA 91101 |
| 11 | Phone: (626)-396-9397 |
|   | Facsimile: (626) 795-8900 |
| 12 | Email: leelawla@sbcglobal.net |
| 13 | Attorneys for Defendants |
|   | BONEPHARM, INC., KAI YU, and CHUNHUA LI |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GIANTCEUTICAL, INC. *dba* BIOCALTH INTERNATIONAL, INC., a California Corporation; and BEIJING JUNENG ASIA PACIFIC LIFE SCIENTIFIC RESEARCH CENTER, a Chinese business entity;<br><br>    Plaintiffs,<br><br>v.<br><br>BONEPHARM, INC., a California corporation; KAI YU, an individual; QINGQI CHEN, an individual; JUSHENG LU, an individual; CHUNHUA LI, an individual; GRUICHAD FU, an individual; AMY JIE BING LU, an individual; JIN YUAN MAI, an individual; and DOES 1 through 20, Inclusive,<br><br>    Defendants. | Case No. C 04-04495 MMC<br><br>**JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE OF DEFENDANT CHUNHUA LI PURSUANT TO FED. R. CIV. P. 41(a)(1)**<br><br>[~~PROPOSED~~] ORDER |

**STIPULATION OF VOLUNTARY DISMISSAL OF DEFENDANT CHUNHUA LI--Case No. C 04 -04495 MMC**    1

1  IT IS HEREBY STIPULATED by and between Plaintiffs GIANTCEUTICAL, INC. dba BIOCALTH INTERNATIONAL, INC., and BEIJING JUNENG ASIA PACIFIC LIFE SCIENTIFIC RESEARCH CENTER and Defendant CHUNHUA LI, by and through their designated counsel of record, that Defendant CHUNHUA LI be and hereby is dismissed from this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1).

Respectfully submitted,

DATED: March 28, 2006                MACPHERSON KWOK CHEN & HEID LLP


By _____/s/_____
Clark S. Stone
Attorneys for Plaintiffs
GIANTCEUTICAL, INC.
*dba* BIOCALTH INTERNATIONAL, INC. and
BEIJING JUNENG ASIA PACIFIC LIFE
SCIENTIFIC RESEARCH CENTER


DATED: March 28, 2006                LAW OFFICES OF JASON J. LEE & ASSOCIATES


By _____/s/_____
Jason J. Lee
Attorneys for Defendant
CHUNHUA LI


**[PROPOSED]** ORDER

PURSUANT TO STIPULATION AND GOOD CAUSE APPEARING, IT IS SO ORDERED

DATED: __March 28, 2006____        By _____
Hon. Maxine M. Chesney
JUDGE OF THE DISTRICT COURT

**STIPULATION OF VOLUNTARY DISMISSAL OF DEFENDANT CHUNHUA LI--Case No. C 04 -04495 MMC**                                      2